Jonah A. Grossbardt (State Bar No. 283584)
**SRIPLAW**
1801 Century Park East
Suite 1100
Los Angeles, CA  90067
323.364.6565 – Telephone
561.404.4353 – Facsimile
jonah.grossbardt@sriplaw.com

Attorneys for Plaintiff
PAUL REIFFER

SRIPLAW
CALIFORNIA ♦ GEORGIA ♦ FLORIDA ♦ TENNESSEE ♦ NEW YORK

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL REIFFER, | **Case Number:** |
| Plaintiff, | |
| vs. | **Copyright Infringement** |
| INTERFACE MASTERS TECHNOLOGIES, INC., | **Demand for Jury Trial** |
| Defendant. | |

## **COMPLAINT FOR COPYRIGHT INFRINGEMENT**
(INJUNCTIVE RELIEF DEMANDED)

Plaintiff PAUL REIFFER by and through his undersigned counsel, hereby brings this Complaint against Defendant Interface Masters Technologies, Inc. for damages and injunctive relief, and in support thereof states as follows:

### SUMMARY OF THE ACTION

1. Plaintiff Paul Reiffer ("Reiffer") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Reiffer's original copyrighted works of authorship.

2. Reiffer is a professional landscape, cityscape, and commercial photographer working worldwide. He is a Fellow of the British Institute of Professional Photography, an Associate of the Royal Photographic Society, winner of the UN International Year of Light competition and the owner of the "world's most exclusive and remote gallery" in the Maldives, which is only accessible by seaplane or speedboat. Reiffer's images of cityscapes, extreme locations, rooftops, heli-shoots, the arctic circle, and others are highly sought after, and he is routinely commissioned for commercial work. Reiffer's images are scarce as they are created using a Phase One XV iO3/100 100 Megapixel Medium Format digital camera system valued at $60,000.

3. Defendant Interface Masters Technologies, Inc. ("Interface") is a leading provider of high speed embedded products. They design, manufacture, and provide support for their network embedded appliances, smart NICs, server adapter cards with high port density networking offload and bypass functionality for 1G, 10G, 25G, 40G, 50G and 100G markets. For over 20 years, Interface provided innovative networking solutions with customization services to OEMs, Fortune 100 and startup companies.

4. Reiffer alleges Interface copied Reiffer's copyrighted work from the internet in order to advertise, market, and promote its business activities. Interface committed the violations alleged in connection with Interface's business for purposes of advertising and promoting sales to the public in the course and scope of Interface's business.

**JURISDICTION AND VENUE**

5. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7. Interface is subject to personal jurisdiction in California.

8. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendant engaged in infringement in this district, Defendant resides in this district, and Defendant

SRIPLAW
CALIFORNIA ♦ GEORGIA ♦ FLORIDA ♦ TENNESSEE ♦ NEW YORK

1  is subject to personal jurisdiction in this district.

## DEFENDANT

9. Interface Masters Technologies, Inc. is a California corporation with its principal place of business at 150 E Brokaw Road, San Jose, CA 95112, and can be served at 60 South Market Street, Suite 500, San Jose, CA 95113.

## THE COPYRIGHTED WORK AT ISSUE

10. In 2012, Reiffer created a photograph entitled "Save Me San Francisco", which is shown below and referred to herein as the "Work".



11. Reiffer registered the Work with the Register of Copyrights on May 8, 2017, and was assigned the registration number VA 2-044-618. The Certificate of Registration is attached hereto as Exhibit 1.

12. At all relevant times Reiffer was the owner of the copyrighted Work at issue in this case.

/ / /

/ / /

COMPLAINT FOR COPYRIGHT INFRINGEMENT
PAGE NO. 3 OF 3

**INFRINGEMENT BY DEFENDANT**

13. Interface has never been licensed to use the Work at issue in this action for any purpose.

14. On a date, after the Work at issue in this action was created, but prior to the filing of this action, Interface copied the Work.

15. Interface copied Reiffer's copyrighted Work without Reiffer's permission.

16. After Interface copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its technology manufacturing and service company.

17. Interface copied and distributed Reiffer's copyrighted Work in connection with Interface's business for purposes of advertising and promoting Interface's business, and in the course and scope of advertising and selling products and services.

18. Reiffer's Work is protected by copyright, but are not otherwise confidential, proprietary, or trade secrets.

19. Interface committed copyright infringement of the Work as evidenced by the documents attached hereto as Exhibit 2.

20. Reiffer never gave Interface permission or authority to copy, distribute or display the Work at issue in this case.

21. Reiffer notified Interface of the allegations set forth herein on August 28, 2019 and September 17, 2019. To date, to the parties have failed to resolve this dispute.

**COUNT I**

**COPYRIGHT INFRINGEMENT**

22. Plaintiff incorporates the allegations of paragraphs 1 through 21 of this Complaint as if fully set forth herein.

23. Reiffer owns a valid copyright in the Work at issue in this case.

24. Reiffer registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

1    25.    Interface copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Reiffer's authorization in violation of 17 U.S.C. § 501.

26.    Interface performed the acts alleged in the course and scope of its business activities.

27.    Interface's acts were willful.

28.    Reiffer has been damaged.

29.    The harm caused to Reiffer has been irreparable.

WHEREFORE, Plaintiff prays for judgment against the Defendant Interface Masters Technologies, Inc. that:

a.    Defendant and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b.    Defendant be required to pay Plaintiff his actual damages and Defendant's profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. § 504;

c.    Plaintiff be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon; and

d.    Plaintiff be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury of all issues so triable.

DATED: October 19, 2020        */s/ Jonah A. Grossbardt*
JONAH A. GROSSBARDT
**SRIPLAW**
Attorneys for Plaintiff Paul Reiffer